IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-01060-WYD-CBS

RASMA S. KRABACHER,

    Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA,
a Washington corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's First "Motion to Substitute Party Counsel" (*doc. no. 10*) is DENIED, without prejudice, pursuant to D.C. COLO. ECF. PROC.V.E.3.

    IT IS FURTHER ORDERED that Plaintiff's "Motion to Appear Telephonically" (*doc. no. 11*) is DENIED, without prejudice, for failure to provide a certificate showing compliance with D.C.COLOL.CIVR. 7.1A. The court is unable to determine to what extent Plaintiff attempted to confer with opposing counsel and whether the motion is opposed or unopposed.

    IT IS FURTHER ORDERED that Plaintiff's "Motion for Order to Appear Telephonically" (*doc. no. 12*) is STRICKEN pursuant to D.C. COLO. ECF. PROC. V.L.1.

    IT IS FURTHER ORDERED that Plaintiff's "Motion for Order to Substitute Counsel" (*doc. no. 13*) is STRICKEN pursuant to D.C. COLO. ECF. PROC. V.L.1.

    IT IS FURTHER ORDERED that Plaintiff's "Exhibit in Support of First Motion to Substitute Party Counsel" (*doc. no. 14*) is STRICKEN pursuant to D.C. COLO. ECF. PROC. V.H.3 and D.C. COLO. ECF. PROC.V.H.4.

    Counsel are advised that when filing documents with the court, all are required to comply with the following:

        •     Federal Rules of Civil Procedure (FED.R.CIV.P. );

- Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR. );  *and*
- District of Colorado ECF Procedures (D.C. COLO. ECF. PROC.).

**DATED:** July 16, 2008