**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-01060-CMA-CBS

RASMA S. KRABACHER,

    Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the parties' Stipulation of Dismissal With Prejudice (Doc. # 32). The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action is DISMISSED WITH PREJUDICE, pursuant to Fed.R.Civ.P. 41(a)(1), each party to bear its own costs and attorney's fees.

DATED: December  16 , 2008

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge